No. D–131. IN RE DISBARMENT OF GIBSON. Disbarment entered. [For earlier order herein, see 435 U. S. 901.]

No. D–133. IN RE DISBARMENT OF CHU. Disbarment entered. [For earlier order herein, see 435 U. S. 949.]

No. D–143. IN RE DISBARMENT OF BEASLEY. It is ordered that Alton S. Beasley, of Okeechobee, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–1410. BUTNER v. UNITED STATES ET AL. C. A. 4th Cir. [Certiorari granted, 436 U. S. 955.] Motion of the Solicitor General for divided argument granted.

No. 77–1497. ARKANSAS v. SANDERS. Sup. Ct. Ark. [Certiorari granted, ante, p. 891.] Motion of Bill Clinton, Esquire, to permit Joseph H. Purvis, Esquire, to present oral argument pro hac vice granted.

No. 77–1553. COUNTY OF LOS ANGELES ET AL. v. DAVIS ET AL. C. A. 9th Cir. [Certiorari granted, 437 U. S. 903.] Motion of California Organization of Police & Sheriffs, Inc., for leave to file a brief as amicus curiae granted.

No. 77–1578. BROADCAST MUSIC, INC., ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL.; and
No. 77–1583. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. [Certiorari granted, ante, p. 817.] Motion of petitioners to dispense with printing appendix granted.

No. 78–136. WHOLESALE MATERIALS CO., INC. v. MAGNA CORP., DBA MISSISSIPPI STEEL, ante, p. 864. Motion of respondent for damages for delay denied.